MJM/USAO 2018R00888

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. DKC-19-085 |
| v. | |
| STEPHEN BAYNE FIELDS, JR., | (Distribution and Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 2253) |
| Defendant. | |

***

## INDICTMENT

### COUNT ONE
**(Receipt of Child Pornography)**

The Grand Jury for the District of Maryland charges that:

On or about July 24, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant received via an online social media and social networking service company, a video depicting a person inserting an object into the vagina of a minor female.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

1

## COUNT TWO
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about July 24, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed via an online social media and social networking service company, a video depicting a naked minor female engaged in masturbation and the lascivious display of her anus and vaginal area.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT THREE
## (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 4, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed via an online social media and social networking service company, a video depicting a minor male laying on his back with his knees pulled up and a male performing anal sex on the minor male.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT FOUR
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 9, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant received via an online social media and social networking service company, a video depicting two naked minor males engaged in oral sex and anal sex with one another.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT FIVE
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 30, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant received via an online social media and social networking service company, at least one video depicting a male performing vaginal or anal sex on a minor female.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256 .
18 U.S.C. § 2

## COUNT SIX
**(Distribution of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about September 3, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed via an online social media and social networking service company, a video depicting a minor female touching her vaginal area and performing oral sex on a male, and the male penetrating the minor female with one or more fingers.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT SEVEN
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about September 13, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed via an online social media and social networking service company, an image depicting a minor female sitting with one leg in an upward position and wearing only a shirt while engaged in the lascivious display of her vaginal area.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT EIGHT
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about September 13, 2018, in the District of Maryland, the defendant,

**STEPHEN BAYNE FIELDS, JR.,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant received via an online social media and social networking service company, a video depicting a male performing anal sex on a minor male while masturbating the minor male.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Eight of this Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Eight of the Indictment, the defendant,

### STEPHEN BAYNE FIELDS, JR.,

shall forfeit to the United States his interest in all property, real and personal, that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Eight, and any property traceable to such property, to include the following property seized on or about October 4, 2018:

    a) Compaq laptop computer, s/n: CNF05037RN; and

    b) Samsung SM-J700T cellular telephone, s/n: R58HB1T83SV.

18 U.S.C. §§ 2253 & 2428

*Robert K. Hur* (signature)
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**  2/21/19
FOREPERSON    Date